# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                   CASE NO.  3:01cr67-01/RV

NATHANIEL BAILEY

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on   November 20, 2007

Motion/Pleadings:   Motion for determination of status of the Petitioner's Rule 60(b) motion.

Filed by   Defendant          on 11/19/2007       Doc.#   118

RESPONSES:

                                              on            Doc.#

                                              on            Doc.#

_____ Stipulated     _____ Joint Pldg.

_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

                                                s/Jerry Marbut

LC (1 OR 2)                           Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this*   20th *day of*   November  *, 2007, that:*

*(a) The relief requested is GRANTED.*

*(b) The Clerk shall send Mr. Bailey a copy of the Court's order dated March 21, 2006 (doc. 115) denying his Rule 60(b) motion.*


                                              /s/ *Roger Vinson*

                                              *ROGER VINSON*
                                *Senior United States District Judge*