UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                     Case Nos.:    3:01cr67/RV
                                                     3:14cv108/RV/CJK
NATHANIEL BAILEY
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 6, 2014 (doc. 139).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto (doc. 140), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Defendant's motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 136), is **SUMMARILY DISMISSED without prejudice**, as this court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of March, 2014.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**